B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>**Northern District of Florida** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Prestige Imports of Thomasville, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**DBA Prestige Imports** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**20-8534732** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**3355 Capital Circle NE**<br>**Tallahassee, FL**<br>ZIP Code **32308** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Leon** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | **1610 E Jackson Street**<br>**Thomasville, GA 31792** |

**Type of Debtor**
(Form of Organization)
(Check one box)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☒ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☒ Other

**Tax-Exempt Entity**
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☒ Debts are primarily business debts.

**Filing Fee** (Check one box)

- ☒ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ☒ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Prestige Imports of Thomasville, Inc.** |

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____ |
| | Signature of Attorney for Debtor(s)        (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____

(Name of landlord that obtained judgment)

_____

(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Prestige Imports of Thomasville, Inc.** |

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Attorney***

X **/s/ Thomas B. Woodward**
Signature of Attorney for Debtor(s)

**Thomas B. Woodward  0185506**
Printed Name of Attorney for Debtor(s)

**Thomas B. Woodward**
Firm Name

**Attorney at Law**
**P.O. Box 10058**
**Tallahassee, FL 32302**

Address

**850-222-4818  Fax: 850-561-3456**
Telephone Number

**January  6, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ M. Craig Hornsby**
Signature of Authorized Individual

**M. Craig Hornsby**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**January  6, 2011**
Date

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Florida

In re   **Prestige Imports of Thomasville, Inc.**

Debtor(s)

Case No. _____

Chapter   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **American Honda Motors**<br>**1919 Torrance Blvd** | **American Honda Motors**<br>**1919 Torrance Blvd** | **trade debt** | | **84,673.02** |
| **American Tire Distributors**<br>**4723 Capital Circle NW**<br>**Tallahassee, FL 32303** | **American Tire Distributors**<br>**4723 Capital Circle NW**<br>**Tallahassee, FL 32303** | **trade debt** | | **10,493.02** |
| **Auto Trder**<br>**P.O. Box 932207**<br>**Atlanta, GA 31193-2207** | **Auto Trder**<br>**P.O. Box 932207**<br>**Atlanta, GA 31193-2207** | **trade debt** | | **4,170.00** |
| **Autobytrl**<br>**P.O. Box 30860**<br>**Los Angeles, CA 90030-0860** | **Autobytrl**<br>**P.O. Box 30860**<br>**Los Angeles, CA 90030-0860** | **trade debt** | | **5,294.00** |
| **Blue Cross Blue Shield**<br>**P.O. Box 406750**<br>**Atlanta, GA 30384-6750** | **Blue Cross Blue Shield**<br>**P.O. Box 406750**<br>**Atlanta, GA 30384-6750** | **trade debt** | | **7,031.66** |
| **Cintas Corporation Loc**<br>**P.O. Box 630910**<br>**Cincinnati, OH 45263-0910** | **Cintas Corporation Loc**<br>**P.O. Box 630910**<br>**Cincinnati, OH 45263-0910** | **trade debt** | | **5,056.50** |
| **Clear Channel**<br>**809 S. Westover Blvd.**<br>**Albany, GA 31707** | **Clear Channel**<br>**809 S. Westover Blvd.**<br>**Albany, GA 31707** | **trade debt** | | **3,319.20** |
| **Cumulus of Tallahassee**<br>**5065 Wooster Rd/US Bank**<br>**Cincinnati, OH 45226** | **Cumulus of Tallahassee**<br>**5065 Wooster Rd/US Bank**<br>**Cincinnati, OH 45226** | **trade debt** | | **5,936.00** |
| **Dealer Track, Inc.**<br>**P.O. Box 6129**<br>**New York, NY 10087-6129** | **Dealer Track, Inc.**<br>**P.O. Box 6129**<br>**New York, NY 10087-6129** | **trade debt** | | **4,310.25** |
| **Flowers Nissan**<br>**1630 B. Jackson Street**<br>**Thomasville, GA 31792** | **Flowers Nissan**<br>**1630 B. Jackson Street**<br>**Thomasville, GA 31792** | **trade debt** | | **7,695.95** |
| **JAL Chemical, Company, Inc.**<br>**5615 Old Winter Garden Rd.**<br>**Orlando, FL 32811** | **JAL Chemical, Company, Inc.**<br>**5615 Old Winter Garden Rd.**<br>**Orlando, FL 32811** | **trade debt** | | **11,015.00** |
| **NAPA Auto Parts**<br>**1027 E. Jackson Street**<br>**Thomasville, GA 31792** | **NAPA Auto Parts**<br>**1027 E. Jackson Street**<br>**Thomasville, GA 31792** | **trade debt** | | **6,892.77** |

B4 (Official Form 4) (12/07) - Cont.

In re    **Prestige Imports of Thomasville, Inc.**                                          Case No. _____
                                    Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Reina Capital Corporation**<br>**21175 Network Place**<br>**Chicago, IL 60673-1211** | **Reina Capital Corporation**<br>**21175 Network Place**<br>**Chicago, IL 60673-1211** | **trade debt** | | **4,250.85** |
| **Reynolds & Reynolds**<br>**23150 Network Place**<br>**Chicago, IL 60673-1231** | **Reynolds & Reynolds**<br>**23150 Network Place**<br>**Chicago, IL 60673-1231** | **trade debt** | | **10,229.97** |
| **South Georgia Media Group**<br>**P.O. Box 968**<br>**Valdosta, GA 31603-0968** | **South Georgia Media Group**<br>**P.O. Box 968**<br>**Valdosta, GA 31603-0968** | **trade debt** | | **29,582.44** |
| **Southern Equipment Sales & Service**<br>**P.O. Box 1658**<br>**Thomasville, GA 31799** | **Southern Equipment Sales & Service**<br>**P.O. Box 1658**<br>**Thomasville, GA 31799** | **trade debt** | | **8,521.91** |
| **Tallahassee Democrat**<br>**P.O. Box 10**<br>**Tallahassee, FL 32302** | **Tallahassee Democrat**<br>**P.O. Box 10**<br>**Tallahassee, FL 32302** | **trade debt** | | **11,160.54** |
| **The Lamar Companies**<br>**P.O. Box 66338**<br>**Baton Rouge, LA 70896** | **The Lamar Companies**<br>**P.O. Box 66338**<br>**Baton Rouge, LA 70896** | **trade debt** | | **8,470.00** |
| **WCTV**<br>**P.O. Box 14300**<br>**Tallahassee, FL 32317-4200** | **WCTV**<br>**P.O. Box 14300**<br>**Tallahassee, FL 32317-4200** | **trade debt** | | **7,065.00** |
| **ZMA**<br>**1150 Hungryneck Blvd**<br>**Mount Pleasant, SC 29464** | **ZMA**<br>**1150 Hungryneck Blvd**<br>**Mount Pleasant, SC 29464** | **trade debt** | | **29,817.00** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date    **January  6, 2011**                                    Signature    **/s/ M. Craig Hornsby**
                                                                                              **M. Craig Hornsby**
                                                                                              **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

**B6D (Official Form 6D) (12/07)**

In re    **Prestige Imports of Thomasville, Inc.**
_____ ,    Case No. _____
Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxx xx xx x:xx-xV-129** | | | **2010** | | | | | |
| **Nissan Motor Acceptance Corporation** c/o Kevin A. Stine, Esq' Suite 1600, Monarch Plaza 3414 Peachtree Road, N.E. Atlanta, GA 30326 | | | **Purchase Money Security** **Vehicle Inventory** | | | | | |
| | | | Value $         **1,500,000.00** | | | | **750,000.00** | **0.00** |
| Account No. | | | **UCC-1 collateral** | | | | | |
| **Nissan Motor Credit** P O Box 660366 Dallas, TX 75266 | | | | | | | | |
| | | | Value $         **2,000,000.00** | | | | **1,125,000.00** | **0.00** |
| Account No. | | | **Commercial Real Estate** **1610 E Jackson Street** **3 acres** **Thomasville, GA** | | | | | |
| **ProBank** 536 N. Monroe Street Tallahassee, FL 32301 | | | | | | | | |
| | | | Value $         **1,700,000.00** | | | | **1,000,000.00** | **0.00** |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |

____**0**____ continuation sheets attached

| | | |
|---|---|---|
| Subtotal (Total of this page) | **2,875,000.00** | **0.00** |
| Total (Report on Summary of Schedules) | **2,875,000.00** | **0.00** |

B6E (Official Form 6E) (4/10)

In re **Prestige Imports of Thomasville, Inc.**                              , Case No. _____

                                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**0** continuation sheets attached

B6F (Official Form 6F) (12/07)

In re    **Prestige Imports of Thomasville, Inc.**                                    ,    Case No. _____
                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | trade debt | | | | |
| **Adteriors** **2120 Tremont Rd.** **Cordele, GA 31015** | - | | | | | | | | 460.00 |
| Account No. | | | | | trade debt | | | | |
| **AFLAC** **Remittance Processing** **Thomasville, GA 31799-1797** | | | | | | | | | 925.44 |
| Account No. | | | | | trade debt | | | | |
| **Albert Tent Services** **5637 Rustic Drive** **Tallahassee, FL 32303** | - | | | | | | | | 1,026.65 |
| Account No. | | | | | trade debt | | | | |
| **All Pro Dent Removal** **125 Womble Rd. #2** **Cairo, GA 39827** | - | | | | | | | | 35.00 |
| __22__  continuation sheets attached | | | | | | Subtotal (Total of this page) | | | 2,447.09 |

B6F (Official Form 6F) (12/07) - Cont.

In re  **Prestige Imports of Thomasville, Inc.** _____ ,    Case No. _____
                                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | trade debt | | | | |
| **Alligood Tire Service** **P.O. Box 816** **Thomasville, GA 31799** | - | | | | | | | 35.00 |
| Account No. | | | | trade debt | | | | |
| **American Honda Motors** **1919 Torrance Blvd** | - | | | | | | | 84,673.02 |
| Account No. | | | | trade debt | | | | |
| **American Tire Distributors** **4723 Capital Circle NW** **Tallahassee, FL 32303** | - | | | | | | | 10,493.02 |
| Account No. | | | | trade debt | | | | |
| **AT&T Advertising Solutions** **P.O. Box 105024** **Atlanta, GA 30348-5024** | - | | | | | | | 947.72 |
| Account No. | | | | trade debt | | | | |
| **Auto Net USA** **P.O. Box 30182** **Thomasville, GA 31792** | - | | | | | | | 2,250.00 |

Sheet no. __1___ of __22__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            **98,398.76**

B6F (Official Form 6F) (12/07) - Cont.

In re **Prestige Imports of Thomasville, Inc.** , Case No. _____
                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | trade debt | | | | |
| Auto Trder P.O. Box 932207 Atlanta, GA 31193-2207 | - | | | | | | | |
| | | | | | | | | 4,170.00 |
| Account No. | | | | trade debt | | | | |
| Autobytrl P.O. Box 30860 Los Angeles, CA 90030-0860 | - | | | | | | | |
| | | | | | | | | 5,294.00 |
| Account No. | | | | trade debt | | | | |
| Autozone, Inc. P.O. Box 116067 Atlanta, GA 30368 | - | | | | | | | |
| | | | | | | | | 540.83 |
| Account No. | | | | trade debt | | | | |
| Bainbridge Media, LLC P.O. Box 277 Bainbridge, GA 39818 | - | | | | | | | |
| | | | | | | | | 720.00 |
| Account No. | | | | trade debt | | | | |
| BBT Trucking Inc. 1230 Skip Wells Ct. Tallahassee, FL 32312 | - | | | | | | | |
| | | | | | | | | 726.00 |

Sheet no. __2__ of __22__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **11,450.83**

B6F (Official Form 6F) (12/07) - Cont.

In re **Prestige Imports of Thomasville, Inc.** ,     Case No. _____
_____
                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Beall Tire Company**<br>**356 Peach Tree Street**<br>**Pelham, GA 31779** | - | | trade debt | | | | 801.49 |
| Account No.<br><br>**Ben Wess**<br>**5394 Ione Rd**<br>**Pavo, GA 31778** | - | | trade debt | | | | 115.90 |
| Account No.<br><br>**Black Book Only**<br>**P.O. Box 406035**<br>**Atlanta, GA 30384-6035** | - | | trade debt | | | | 479.00 |
| Account No.<br><br>**Blue Cross Blue Shield**<br>**P.O. Box 406750**<br>**Atlanta, GA 30384-6750** | - | | trade debt | | | | 7,031.66 |
| Account No.<br><br>**Boldsprings Cofee and Tea**<br>**P.O. Box 6325**<br>**Thomasville, GA 31758** | - | | trade debt | | | | 803.90 |

Sheet no. __3__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **9,231.95**

B6F (Official Form 6F) (12/07) - Cont.

In re **Prestige Imports of Thomasville, Inc.**                    ,        Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | trade debt | | | | |
| **Broadway** 159 Kenley Lane Thomasville, GA 31792 | - | | | | | | | 100.90 |
| Account No. | | | | trade debt | | | | |
| **Capital Eurocars** 3963 West Tennessee Street Tallahassee, FL 32304 | - | | | | | | | 152.34 |
| Account No. | | | | trade debt | | | | |
| **Carfax** 16630 Collection Center Dr. Chicago, IL 60693 | - | | | | | | | 651.56 |
| Account No. | | | | trade debt | | | | |
| **Chatlead.Com, Inc.** 1592 Lago Vista Blvd Palm Harbor, FL 34685 | - | | | | | | | 1,815.00 |
| Account No. | | | | trade debt | | | | |
| **Cintas Corporation Loc** P.O. Box 630910 Cincinnati, OH 45263-0910 | - | | | | | | | 5,056.50 |

Sheet no. __4___ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

7,776.30

B6F (Official Form 6F) (12/07) - Cont.

In re **Prestige Imports of Thomasville, Inc.** , Case No. _____
_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | trade debt | | | | |
| Cintas First Aid & Safety 1705 Corporate Drive Ste. 440 Norcross, GA 30093 | - | | | | | | | 526.85 |
| Account No. | | | | trade debt | | | | |
| Clear Channel 809 S. Westover Blvd. Albany, GA 31707 | - | | | | | | | 3,319.20 |
| Account No. | | | | trade debt | | | | |
| Clifton 781 Oil Cassidy Rd Thomasville, GA 31792 | - | | | | | | | 100.90 |
| Account No. | | | | trade debt | | | | |
| Color Master Repair 578 M & M Lane Thomasville, GA 31757 | - | | | | | | | 150.00 |
| Account No. | | | | trade debt | | | | |
| Colorrs on Parade P.O. Box 1064 Columbus, GA 31902 | - | | | | | | | 1,570.00 |

Sheet no. __5__ of __22__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

5,666.95

B6F (Official Form 6F) (12/07) - Cont.

In re   **Prestige Imports of Thomasville, Inc.** ,                                    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | trade debt | | | | |
| **Cumulus of Tallahassee** **5065 Wooster Rd/US Bank** **Cincinnati, OH 45226** | - | | | | | | | | 5,936.00 |
| Account No. | | | | | trade debt | | | | |
| **Datasource, Inc.** **P.O. Box 790343** **Saint Louis, MO 63179-0343** | - | | | | | | | | 64.76 |
| Account No. | | | | | trade debt | | | | |
| **Dealer Track, Inc.** **P.O. Box 6129** **New York, NY 10087-6129** | - | | | | | | | | 4,310.25 |
| Account No. | | | | | trade debt | | | | |
| **Delta.com** **P.O. Box 2252** **Birmingham, AL 35246-1058** | - | | | | | | | | 1,067.35 |
| Account No. | | | | | trade debt | | | | |
| **Dixon Exterminating Co., Inc** **P.O. Box 751** **Thomasville, GA 31799** | - | | | | | | | | 96.00 |

Sheet no. __6__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          11,474.36

B6F (Official Form 6F) (12/07) - Cont.

In re **Prestige Imports of Thomasville, Inc.** _____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | trade debt | | | | |
| **Dunham Body Shop** **P.O. Box 6206** **Thomasville, GA 31758** | - | | | | | | 1,431.60 |
| Account No. | | | trade debt | | | | |
| **Eastern Imports** **1929 S. Monroe Street** **Tallahassee, FL 32301** | - | | | | | | 17.91 |
| Account No. | | | trade debt | | | | |
| **Edwards Motor** **P.O. Box 2385** **Moultrie, GA 31788** | - | | | | | | 38.85 |
| Account No. | | | trade debt | | | | |
| **Enterprise Rent A Car** **343 E. Jackson Street** **Thomasville, GA 31792** | - | | | | | | 539.00 |
| Account No. | | | trade debt | | | | |
| **Erving Leasing** **Department 77228** **Detroit, MI 48227-0228** | - | | | | | | 180.97 |

Sheet no. __7___ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**2,208.33**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Prestige Imports of Thomasville, Inc.** , Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Fed Ex**<br>**P.O. Box 660481**<br>**Dallas, TX 75266-0491** | - | | trade debt | | | | 2,029.05 |
| Account No.<br><br>**Flowers Nissan**<br>**1630 B. Jackson Street**<br>**Thomasville, GA 31792** | - | | trade debt | | | | 7,695.95 |
| Account No.<br><br>**G & W Autoparts, Inc**<br>**1116 Industry Ave**<br>**Albany, GA 31707** | - | | trade debt | | | | 1,120.94 |
| Account No.<br><br>**GADA**<br>**2060 Powers Ferry Rd. S.E**<br>**Atlanta, GA 30339** | - | | trade debt | | | | 221.50 |
| Account No.<br><br>**Gallager Promotional Products**<br>**P.O. Box 520635**<br>**Longwood, FL 32752-0635** | - | | trade debt | | | | 338.49 |

Sheet no. __8__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  11,405.93

B6F (Official Form 6F) (12/07) - Cont.

In re **Prestige Imports of Thomasville, Inc.** ,                    Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | trade debt | | | | |
| GE Capital P.O. Box 740441 Atlanta, GA 30374-0441 | - | | | | | | | 194.64 |
| Account No. | | | | trade debt | | | | |
| Georgia Chemical P.O. Box 5767 Thomasville, GA 31758 | - | | | | | | | 262.16 |
| Account No. | | | | trade debt | | | | |
| Georgia Technology Authority P.O. Box 101943 Atlanta, GA 30392-1943 | - | | | | | | | 10.00 |
| Account No. | | | | trade debt | | | | |
| Glass Doctor 118 East Bse Street Madison, FL 32340 | - | | | | | | | 53.75 |
| Account No. | | | | trade debt | | | | |
| Greens 402 Libby Ln. Thomasville, GA 31757 | - | | | | | | | 148.90 |

Sheet no. __9__ of __22__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | 669.45

B6F (Official Form 6F) (12/07) - Cont.

In re  **Prestige Imports of Thomasville, Inc.** ,    Case No. _____
                                                       Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | trade debt | | | | |
| **Greens Air Conditioning Commercial** P.O. Box 1759 Thomasville, GA 31799 | - | | | | | | 749.91 |
| Account No. | | | trade debt | | | | |
| **H & H Engraving, Inc.** P.O. Box 379 Thomasville, GA 31799 | - | | | | | | 164.76 |
| Account No. | | | trade debt | | | | |
| **Hunter Services** P.O. Box 1241 Bainbridge, GA 39818 | - | | | | | | 24.27 |
| Account No. | | | trade debt | | | | |
| **Import Auto Service & Sales** 4816 GA Highway Thomasville, GA 31757 | - | | | | | | 136.08 |
| Account No. | | | trade debt | | | | |
| **Interstate Battery Systems** P.O. Box 70545 Albany, GA 31708 | - | | | | | | 991.30 |

Sheet no. __10__ of __22__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)        2,066.32

B6F (Official Form 6F) (12/07) - Cont.

In re  **Prestige Imports of Thomasville, Inc.**                                      ,          Case No. _____

                                                                 Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | trade debt | | | | |
| JAL Chemical, Company, Inc. 5615 Old Winter Garden Rd. Orlando, FL 32811 | - | | | | | | | | 11,015.00 |
| Account No. | | | | | trade debt | | | | |
| James Moore & Co., P.L. 5931 N.W. 1st Place Gainesville, FL 32607-2063 | - | | | | | | | | 749.33 |
| Account No. | | | | | trade debt | | | | |
| James Zinker 4100 GA Hwy 256 Sumner, GA 31789 | - | | | | | | | | 115.00 |
| Account No. | | | | | trade debt | | | | |
| Johnson's Law Care 57 Stephen Drive Thomasville, GA 31757 | - | | | | | | | | 260.00 |
| Account No. | | | | | trade debt | | | | |
| Jones Welding and Ind Supply, Inc P.O. Box 71826 Albany, GA 31708 | - | | | | | | | | 71.41 |

Sheet no. __11__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

12,210.74

B6F (Official Form 6F) (12/07) - Cont.

In re   **Prestige Imports of Thomasville, Inc.** ,                    Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.  <br><br>**Knapps Locksmith Service** <br>**111 A Remington Ave** <br>**Thomasville, GA 31792** | - | | trade debt | | | | 55.00 |
| Account No.  <br><br>**Leather Medic** <br>**1910 Debon Drive** <br>**Albany, GA 31721** | - | | trade debt | | | | 55.00 |
| Account No.  <br><br>**Marketing Communications, Inc.** <br>**P.O. Drawer 70** <br>**Boston, GA 31626** | - | | trade debt | | | | 1,432.09 |
| Account No.  <br><br>**Maxwell Sheet Metak Works, Inc.** <br>**P.O. Box 1951** <br>**Thomasville, GA 31799** | - | | trade debt | | | | 42.00 |
| Account No.  <br><br>**Nalley HOnda** <br>**4197 Jonesboro Rd** <br>**Union City, GA 30291** | - | | trade debt | | | | 23.00 |

Sheet no. __12__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          1,607.09

B6F (Official Form 6F) (12/07) - Cont.

In re  **Prestige Imports of Thomasville, Inc.** ,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | trade debt | | | | |
| **NAPA Auto Parts** **1027 E. Jackson Street** **Thomasville, GA 31792** | - | | | | | | 6,892.77 |
| Account No. | | | trade debt | | | | |
| **Pain Pro** **805 S. Broad Street Unit 4** **Thomasville, GA 31792** | - | | | | | | 170.00 |
| Account No. | | | Trade Debt | | | | |
| **Ponders Office Supplies** **117 N. Madison Street** **Thomasville, GA 31792** | - | | | | | | 962.44 |
| Account No. | | | trade debt | | | | |
| **Pro Body Shop, Inc.** **110 Commerce Park Drive** **Thomasville, GA 31757** | - | | | | | | 647.40 |
| Account No. | | | trade debt | | | | |
| **Protor Honda** **P.O. Box 230** **Tallahassee, FL 32303** | - | | | | | | 525.48 |

Sheet no. __13__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   9,198.09

B6F (Official Form 6F) (12/07) - Cont.

In re  **Prestige Imports of Thomasville, Inc.** _____,    Case No. _____
                                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
| Account No. | | | trade debt | | | | |
| **Quality Printing** 814 E. Pinetree Blvd. Thomasville, GA 31792 | - | | | | | | | 128.40 |
| Account No. | | | trade debt | | | | |
| **Quality Water Supply** 1491 Quality Way Tallahassee, FL 32303 | - | | | | | | | 21.41 |
| Account No. | | | trade debt | | | | |
| **Ralph Donaldson** 201 3rd ave Thomasville, GA 31792 | - | | | | | | | 151.40 |
| Account No. | | | trade debt | | | | |
| **Reina Capital Corporation** 21175 Network Place Chicago, IL 60673-1211 | - | | | | | | | 4,250.85 |
| Account No. | | | trade debt | | | | |
| **Reynolds & Reynolds** 23150 Network Place Chicago, IL 60673-1231 | - | | | | | | | 10,229.97 |

Sheet no. __14__ of __22__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          14,782.03

B6F (Official Form 6F) (12/07) - Cont.

In re **Prestige Imports of Thomasville, Inc.** ,  Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Rose City Glass** <br> **P.O. Box 1653** <br> **Thomasville, GA 31799** | | - | | trade debt | | | | 395.71 |
| Account No. <br><br> **Roy Campbell Chevrolet** <br> **206 Moultry Rd** <br> **Thomasville, GA 31792** | | - | | trade debt | | | | 85.00 |
| Account No. <br><br> **Royal Distribution, Inc.** <br> **4001 S. Decatur Blvd #3735** <br> **Las Vegas, NV 89103** | | - | | trade debt | | | | 129.40 |
| Account No. <br><br> **Royce's Towing & Recovery** <br> **255 Old Egg Rd** <br> **Cairo, GA 31728** | | - | | trade debt | | | | 85.00 |
| Account No. <br><br> **Roys Place on the Corner** <br> **145 Mathewson Ave., S.W.** <br> **Pelham, GA 31779** | | - | | trade debt | | | | 676.00 |

Sheet no. __15__ of __22__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          1,371.11

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __**Prestige Imports of Thomasville, Inc.**_____,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | trade debt | | | | |
| **Rumbles Office City** **1319 Jackson Street** **Thomasville, GA 31799** | - | | | | | | | |
| | | | | | | | | 1,196.37 |
| Account No. | | | | trade debt | | | | |
| **Service Payment Plan, inc** **303 E. Macker Drive, Ste. 230** **Chicago, IL 60601** | - | | | | | | | |
| | | | | | | | | 251.38 |
| Account No. | | | | trade debt | | | | |
| **Sonitrol of Tallahassee, Inc.** **1136 Thomasville, Rd** **Tallahassee, FL 32303** | - | | | | | | | |
| | | | | | | | | 476.67 |
| Account No. | | | | trade debt | | | | |
| **South Georgia Media Group** **P.O. Box 968** **Valdosta, GA 31603-0968** | - | | | | | | | |
| | | | | | | | | 29,582.44 |
| Account No. | | | | trade debt | | | | |
| **Southern Equipment Sales & Service** **P.O. Box 1658** **Thomasville, GA 31799** | - | | | | | | | |
| | | | | | | | | 8,521.91 |

Sheet no. __**16**__ of __**22**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

40,028.77

B6F (Official Form 6F) (12/07) - Cont.

In re  **Prestige Imports of Thomasville, Inc.** ,  Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | trade debt | | | | |
| Southern Trim & Glass Co. 623 N. Madison Street Thomasville, GA 31792 | - | | | | | | | 160.00 |
| Account No. | | | | trade debt | | | | |
| Spence Oldsmoblie P.O. Box 68 Thomasville, GA 31799-0068 | - | | | | | | | 951.19 |
| Account No. | | | | trade debt | | | | |
| Sprint P.O. Box 4181 Gainesville, FL 32607-2063 | - | | | | | | | 150.12 |
| Account No. | | | | trade debt | | | | |
| Stallings Motors 101 Commerce Park Drive Thomasville, GA 31757 | - | | | | | | | 208.00 |
| Account No. | | | | trade debt | | | | |
| Stamps R US 1412 Vonier Rd. Pavo, GA 31778 | - | | | | | | | 41.64 |

Sheet no. __17__ of __22__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  1,510.95

B6F (Official Form 6F) (12/07) - Cont.

In re __Prestige Imports of Thomasville, Inc.__ ,                    Case No. _____
                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | trade debt | | | | |
| Staples P.O. Box 95615 Chicago, IL 60694 | - | | | | | | | 692.39 |
| Account No. | | | | trade debt | | | | |
| Stokes Towing & Recovery, LLC 5240 GA Hwy. 202 Thomasville, GA 31757 | - | | | | | | | 60.00 |
| Account No. | | | | trade debt | | | | |
| Tallahassee Democrat P.O. Box 10 Tallahassee, FL 32302 | - | | | | | | | 11,160.54 |
| Account No. | | | | trade debt | | | | |
| The Bainbridge Post Seachlight P.O. Box 277 Bainbridge, GA 39818 | - | | | | | | | 525.00 |
| Account No. | | | | trade debt | | | | |
| The Cobalt Group, Inc. Depart CH 17034 Palatine, IL 60055-7034 | - | | | | | | | 2,680.00 |

Sheet no. __18__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

15,117.93

B6F (Official Form 6F) (12/07) - Cont.

In re   **Prestige Imports of Thomasville, Inc.** _____ ,   Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | trade debt | | | | |
| The Lamar Companies P.O. Box 66338 Baton Rouge, LA 70896 | - | | | | | | | 8,470.00 |
| Account No. | | | | trade debt | | | | |
| The Soundworks, Inc. 1221 E. Jackson Street Thomasville, GA 31792 | - | | | | | | | 29.00 |
| Account No. | | | | trade debt | | | | |
| Thomas County Hardware 1401 N. Jackson Street Thomasville, GA 31792 | - | | | | | | | 9.18 |
| Account No. | | | | trade debt | | | | |
| Thomasville Times Enterprises P.O. Box 650 Thomasville, GA 31799 | - | | | | | | | 200.00 |
| Account No. | | | | trade debt | | | | |
| Thomasville Toyota P.O. Box 2385 Thomasville, GA 31792 | - | | | | | | | 844.68 |

Sheet no. __19__ of __22__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    9,552.86

B6F (Official Form 6F) (12/07) - Cont.

In re **Prestige Imports of Thomasville, Inc.** ,   Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**Tire Rack**<br>**7101 Vorden Parkway**<br>**South Bend, IN 46628-8422** | - | | | trade debt | | | | 85.72 |
| Account No.<br><br>**US Warranty**<br>**22 NE 22nd Ave**<br>**Pompano Beach, FL 33062** | - | | | trade debt | | | | 150.00 |
| Account No.<br><br>**Veretech Holdings, Inc.**<br>**P.O. Box 406035**<br>**Atlanta, GA 30384-6035** | - | | | trade debt | | | | 1,437.00 |
| Account No.<br><br>**Vin Stickers, LLC**<br>**6405 Metcalf Ave.**<br>**Mission, KS 66202** | - | | | trade debt | | | | 1,200.00 |
| Account No.<br><br>**WALB-TV**<br>**Refions Bank/Locbox 1345**<br>**Birmingham, AL 35246-1345** | - | | | trade debt | | | | 3,000.00 |

Sheet no. __20__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   5,872.72

B6F (Official Form 6F) (12/07) - Cont.

In re   **Prestige Imports of Thomasville, Inc.**                                    ,      Case No. _____
                                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | trade debt | | | | |
| **Want Ads of Tallahassee** **American Classified** **Tallahassee, FL 32303** | - | | | | | | | 1,000.00 |
| Account No. | | | | trade debt | | | | |
| **WCTV** **P.O. Box 14300** **Tallahassee, FL 32317-4200** | - | | | | | | | 7,065.00 |
| Account No. | | | | trade debt | | | | |
| **Wess** **110 East Lane** **Thomasville, GA 32516** | - | | | | | | | 490.61 |
| Account No. | | | | trade debt | | | | |
| **WEZE- FM Star 98-Cumulus TLH** **US Bank LKB #643228** **Cincinnati, OH 45226** | - | | | | | | | 2,100.00 |
| Account No. | | | | trade debt | | | | |
| **Wheel Innovations** **5920 University Blvd. W** **Jacksonville, FL 32216** | - | | | | | | | 185.00 |

Sheet no. __21__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            10,840.61

B6F (Official Form 6F) (12/07) - Cont.

In re    **Prestige Imports of Thomasville, Inc.**                                    ,        Case No. _____
                                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | trade debt | | | | |
| Worldwide Express South Georgia P.O. Box 501496 Indianapolis, IN 46250 | | - | | | | | | 1,359.13 |
| Account No. | | | | trade debt | | | | |
| Worth USA P.O. Box 843948 Dallas, TX 75284-3948 | | - | | | | | | 1,453.43 |
| Account No. | | | | trade debt | | | | |
| ZAG Com, Inc. Dept. 9720 Orlando, FL 32811 | | - | | | | | | 299.00 |
| Account No. | | | | trade debt | | | | |
| Zep Manufacturing Company P.O. Box 404628 Atlanta, GA 30384-4628 | | - | | | | | | 819.65 |
| Account No. | | | | trade debt | | | | |
| ZMA 1150 Hungryneck Blvd Mount Pleasant, SC 29464 | | - | | | | | | 29,817.00 |

Sheet no. __22__ of __22__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | 33,748.21 |
| Total (Report on Summary of Schedules) | 318,637.38 |

# United States Bankruptcy Court

## Northern District of Florida

In re    **Prestige Imports of Thomasville, Inc.**                                    ,        Case No. _____

                                                                    Debtor

                                                                                      Chapter_____**11**_____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **M. Craig Hornsby**<br>**3355 Capital Circle NE**<br>**Tallahassee, FL 32308** | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date___**January  6, 2011**_____        Signature _**/s/ M. Craig Hornsby**_____

                                                                                    **M. Craig Hornsby**
                                                                                    **President**

*Penalty for making a false statement or concealing property*:   Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

__0__ ___ continuation sheets attached to List of Equity Security Holders

Thomas B. Woodward
Thomas B. Woodward
Attorney at Law
P.O. Box 10058
Tallahassee, FL 32302

AT&T Advertising Solutions
P.O. Box 105024
Atlanta, GA 30348-5024

Black Book Only
P.O. Box 406035
Atlanta, GA 30384-6035

Prestige Imports of Thomasville, Inc.
3355 Capital Circle NE
Tallahassee, FL 32308

Auto Net USA
P.O. Box 30182
Thomasville, GA 31792

Blue Cross Blue Shield
P.O. Box 406750
Atlanta, GA 30384-6750

Adteriors
2120 Tremont Rd.
Cordele, GA 31015

Auto Trder
P.O. Box 932207
Atlanta, GA 31193-2207

Boldsprings Cofee and Tea
P.O. Box 6325
Thomasville, GA 31758

AFLAC
Remittance Processing
Thomasville, GA 31799-1797

Autobytrl
P.O. Box 30860
Los Angeles, CA 90030-0860

Broadway
159 Kenley Lane
Thomasville, GA 31792

Albert Tent Services
5637 Rustic Drive
Tallahassee, FL 32303

Autozone, Inc.
P.O. Box 116067
Atlanta, GA 30368

Capital Eurocars
3963 West Tennessee Street
Tallahassee, FL 32304

All Pro Dent Removal
125 Womble Rd. #2
Cairo, GA 39827

Bainbridge Media, LLC
P.O. Box 277
Bainbridge, GA 39818

Carfax
16630 Collection Center Dr.
Chicago, IL 60693

Alligood Tire Service
P.O. Box 816
Thomasville, GA 31799

BBT Trucking Inc.
1230 Skip Wells Ct.
Tallahassee, FL 32312

Chatlead.Com, Inc.
1592 Lago Vista Blvd
Palm Harbor, FL 34685

American Honda Motors
1919 Torrance Blvd

Beall Tire Company
356 Peach Tree Street
Pelham, GA 31779

Cintas Corporation Loc
P.O. Box 630910
Cincinnati, OH 45263-0910

American Tire Distributors
4723 Capital Circle NW
Tallahassee, FL 32303

Ben Wess
5394 Ione Rd
Pavo, GA 31778

Cintas First Aid & Safety
1705 Corporate Drive Ste. 440
Norcross, GA 30093

Clear Channel
809 S. Westover Blvd.
Albany, GA 31707

Clifton
781 Oil Cassidy Rd
Thomasville, GA 31792

Color Master Repair
578 M & M Lane
Thomasville, GA 31757

Colorrs on Parade
P.O. Box 1064
Columbus, GA 31902

Cumulus of Tallahassee
5065 Wooster Rd/US Bank
Cincinnati, OH 45226

Datasource, Inc.
P.O. Box 790343
Saint Louis, MO 63179-0343

Dealer Track, Inc.
P.O. Box 6129
New York, NY 10087-6129

Delta.com
P.O. Box 2252
Birmingham, AL 35246-1058

Dixon Exterminating Co., Inc
P.O. Box 751
Thomasville, GA 31799

Dunham Body Shop
P.O. Box 6206
Thomasville, GA 31758

Eastern Imports
1929 S. Monroe Street
Tallahassee, FL 32301

Edwards Motor
P.O. Box 2385
Moultrie, GA 31788

Enterprise Rent A Car
343 E. Jackson Street
Thomasville, GA 31792

Erving Leasing
Department 77228
Detroit, MI 48227-0228

Fed Ex
P.O. Box 660481
Dallas, TX 75266-0491

Flowers Nissan
1630 B. Jackson Street
Thomasville, GA 31792

G & W Autoparts, Inc
1116 Industry Ave
Albany, GA 31707

GADA
2060 Powers Ferry Rd. S.E
Atlanta, GA 30339

Gallager Promotional Products
P.O. Box 520635
Longwood, FL 32752-0635

GE Capital
P.O. Box 740441
Atlanta, GA 30374-0441

Georgia Chemical
P.O. Box 5767
Thomasville, GA 31758

Georgia Technology Authority
P.O. Box 101943
Atlanta, GA 30392-1943

Glass Doctor
118 East Bse Street
Madison, FL 32340

Greens
402 Libby Ln.
Thomasville, GA 31757

Greens Air Conditioning Commerci
P.O. Box 1759
Thomasville, GA 31799

H & H Engraving, Inc.
P.O. Box 379
Thomasville, GA 31799

Hunter Services
P.O. Box 1241
Bainbridge, GA 39818

Import Auto Service & Sales
4816 GA Highway
Thomasville, GA 31757

Leather Medic
1910 Debon Drive
Albany, GA 31721

Pro Body Shop, Inc.
110 Commerce Park Drive
Thomasville, GA 31757

Interstate Battery Systems
P.O. Box 70545
Albany, GA 31708

Marketing Communications, Inc.
P.O. Drawer 70
Boston, GA 31626

ProBank
536 N. Monroe Street
Tallahassee, FL 32301

JAL Chemical, Company, Inc.
5615 Old Winter Garden Rd.
Orlando, FL 32811

Maxwell Sheet Metak Works, Inc.
P.O. Box 1951
Thomasville, GA 31799

Protor Honda
P.O. Box 230
Tallahassee, FL 32303

James Moore & Co., P.L.
5931 N.W. 1st Place
Gainesville, FL 32607-2063

Nalley HOnda
4197 Jonesboro Rd
Union City, GA 30291

Quality Printing
814 E. Pinetree Blvd.
Thomasville, GA 31792

James Zinker
4100 GA Hwy 256
Sumner, GA 31789

NAPA Auto Parts
1027 E. Jackson Street
Thomasville, GA 31792

Quality Water Supply
1491 Quality Way
Tallahassee, FL 32303

John D. Holt, Esq.
P O Box 1571
Valdosta, GA 31603

Nissan Motor Acceptance Corporation
c/o Kevin A. Stine, Esq'
Suite 1600, Monarch Plaza
3414 Peachtree Road, N.E.
Atlanta, GA 30326

Ralph Donaldson
201 3rd ave
Thomasville, GA 31792

Johnson's Law Care
57 Stephen Drive
Thomasville, GA 31757

Nissan Motor Credit
P O Box 660366
Dallas, TX 75266

Reina Capital Corporation
21175 Network Place
Chicago, IL 60673-1211

Jones Welding and Ind Supply, Inc
P.O. Box 71826
Albany, GA 31708

Pain Pro
805 S. Broad Street Unit 4
Thomasville, GA 31792

Reynolds & Reynolds
23150 Network Place
Chicago, IL 60673-1231

Knapps Locksmith Service
111 A Remington Ave
Thomasville, GA 31792

Ponders Office Supplies
117 N. Madison Street
Thomasville, GA 31792

Robert C. Byerts, Esq.
2822 Remington green circle
Tallahassee, FL 32308

Rose City Glass
P.O. Box 1653
Thomasville, GA 31799

Southern Equipment Sales & Service
P.O. Box 1658
Thomasville, GA 31799

The Bainbridge Post Seachlight
P.O. Box 277
Bainbridge, GA 39818

Roy Campbell Chevrolet
206 Moultry Rd
Thomasville, GA 31792

Southern Trim & Glass Co.
623 N. Madison Street
Thomasville, GA 31792

The Cobalt Group, Inc.
Depart CH 17034
Palatine, IL 60055-7034

Royal Distribution, Inc.
4001 S. Decatur Blvd #3735
Las Vegas, NV 89103

Spence Oldsmoblie
P.O. Box 68
Thomasville, GA 31799-0068

The Lamar Companies
P.O. Box 66338
Baton Rouge, LA 70896

Royce's Towing & Recovery
255 Old Egg Rd
Cairo, GA 31728

Sprint
P.O. Box 4181
Gainesville, FL 32607-2063

The Soundworks, Inc.
1221 E. Jackson Street
Thomasville, GA 31792

Roys Place on the Corner
145 Mathewson Ave., S.W.
Pelham, GA 31779

Stallings Motors
101 Commerce Park Drive
Thomasville, GA 31757

Thomas County Hardware
1401 N. Jackson Street
Thomasville, GA 31792

Rumbles Office City
1319 Jackson Street
Thomasville, GA 31799

Stamps R US
1412 Vonier Rd.
Pavo, GA 31778

Thomasville Times Enterprises
P.O. Box 650
Thomasville, GA 31799

Service Payment Plan, inc
303 E. Macker Drive, Ste. 230
Chicago, IL 60601

Staples
P.O. Box 95615
Chicago, IL 60694

Thomasville Toyota
P.O. Box 2385
Thomasville, GA 31792

Sonitrol of Tallahassee, Inc.
1136 Thomasville, Rd
Tallahassee, FL 32303

Stokes Towing & Recovery, LLC
5240 GA Hwy. 202
Thomasville, GA 31757

Tire Rack
7101 Vorden Parkway
South Bend, IN 46628-8422

South Georgia Media Group
P.O. Box 968
Valdosta, GA 31603-0968

Tallahassee Democrat
P.O. Box 10
Tallahassee, FL 32302

US Warranty
22 NE 22nd Ave
Pompano Beach, FL 33062

Veretech Holdings, Inc.
P.O. Box 406035
Atlanta, GA 30384-6035

Worth USA
P.O. Box 843948
Dallas, TX 75284-3948

Vin Stickers, LLC
6405 Metcalf Ave.
Mission, KS 66202

ZAG Com, Inc.
Dept. 9720
Orlando, FL 32811

WALB-TV
Refions Bank/Locbox 1345
Birmingham, AL 35246-1345

Zep Manufacturing Company
P.O. Box 404628
Atlanta, GA 30384-4628

Want Ads of Tallahassee
American Classified
Tallahassee, FL 32303

ZMA
1150 Hungryneck Blvd
Mount Pleasant, SC 29464

WCTV
P.O. Box 14300
Tallahassee, FL 32317-4200

Wess
110 East Lane
Thomasville, GA 32516

WEZE- FM Star 98-Cumulus TLH
US Bank LKB #643228
Cincinnati, OH 45226

Wheel Innovations
5920 University Blvd. W
Jacksonville, FL 32216

Worldwide Express South Georgia
P.O. Box 501496
Indianapolis, IN 46250

# United States Bankruptcy Court
### Northern District of Florida

In re   **Prestige Imports of Thomasville, Inc.**

Debtor(s)

Case No.

Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Prestige Imports of Thomasville, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**January  6, 2011**

Date

**/s/ Thomas B. Woodward**

**Thomas B. Woodward 0185506**

Signature of Attorney or Litigant

Counsel for   **Prestige Imports of Thomasville, Inc.**

**Thomas B. Woodward**
**Attorney at Law**
**P.O. Box 10058**
**Tallahassee, FL 32302**
**850-222-4818 Fax:850-561-3456**